**Filed**
**File Date: 4/28/2026 11:20 PM**
**Sullivan Superior Court**
**E-Filed Document**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

## Exhibit A

Court Name: Sullivan - Superior Court

Case Name: Deborah Moreno v. Dartmouth-Hitchcock Medical Center

Case Number: 220-2026-CV-00082
(if known)

## COMPLAINT

Requested:   ☒ Jury Trial (as allowed by law)   ☐ Bench Trial

1. Plaintiff's Name Deborah Moreno

   Residence Address 105 Beech St, Newport, NH 03774

   Mailing Address (if different)

   Telephone Number (Home) _____ (Mobile) (978) 305-8514

2. Defendant's Name Dartmouth-Hitchcock Medical Center

   Residence Address 10 Ferry Street, Suite 313, Concord, NH 03301

   Mailing Address (if different)

   Officer or Authorized Agent: Corporation Service Company

3. First thing that happened (in one sentence):

   Claim amount: $25,001.00. I was employed by Dartmouth-Hitchcock Medical Center and was subjected to a hostile work environment and discrimination.

4. Second thing that happened (in one sentence):

   Despite reporting these issues, the hostile environment continued, affecting my well-being and ability to work.

5. Third thing that happened (in one sentence):

   The environment became so hostile that it resulted in a constructive discharge; I am filing this complaint to seek damages.

**Continue on using separately numbered paragraphs (attach additional sheets if necessary).**

TurboCourt.com Form Set #3191287

**Case Name:** Deborah Moreno v. Dartmouth-Hitchcock Medical Center

**Case Number:** 220-2026-CV-00082

<u>**COMPLAINT**</u>

For the reasons stated in this Complaint, I request that the Court issue the following orders:

A. Describe the orders you want the Court to make:

Judgment against the Defendant for compensatory damages, including lost wages and

benefits.

Damages for emotional distress and harm caused by the hostile work environment

B. All other relief the Court deems fair and just.   [See Attachment(s), 'Item A' (continued)]

| | |
|---|---|
| Deborah Moreno | /s/ Deborah Moreno                     4/28/26 |
| Name of Filer | Signature of Filer                          Date |
| | (978) 305-8514 |
| Law Firm, if applicable          Bar ID # of attorney | Telephone |
| 105 Beech St | morenodeby444@gmail.com |
| Address | E-mail |
| Newport, NH 03774 | |
| City               State               Zip code | |

TurboCourt.com Form Set #13191287

Attachment Page __1__ (of __1__ )

To Complaint

**Item A (continued)**
Any other relief the court deems just and proper

*TurboCourt.com Form Set #1391287*

If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.