STATE OF NEW HAMPSHIRE

SULLIVAN, SS.                                                        SUPERIOR COURT

220-2026-cv-00082

Deborah Moreno

v.

Dartmouth-Hitchcock Medical Center

---

**NOTICE OF FILING OF NOTICE OF REMOVAL**

---

PLEASE TAKE NOTICE that Dartmouth-Hitchcock Medical Center, defendant in the

above-captioned matter, filed a Notice of Removal on May 27, 2026, in the United States District

Court for the District of New Hampshire.  A copy of the Notice of Removal is attached to this

Notice and served herewith.

Respectfully submitted,

DARTMOUTH-HITCHCOCK MEDICAL
CENTER

By Its Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED:  May 27, 2026              By:____/s/ William D. Pandolph, Esq._____
                                                     William D. Pandolph, Esq. #5579
                                                     9 Capitol Street
                                                     Concord, NH 03301
                                                     (603) 223-2862
                                                     e-mail:  wpandolph@sulloway.com

       I hereby certify that I state that on May 27, 2026 I am sending a copy of this document as required by the rules of the court.  I am electronically sending this document through the Court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case.  I am mailing or hand delivering copies to all other interested parties.


DATED:  May 27, 2026                 By:    /s/ William D. Pandolph, Esq.        
                                         William D. Pandolph, Esq.