FILED - USDC - NH
2026 JUN 9 AM 10:35

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

Deborah Moreno,

Plaintiff,

v.

Dartmouth-Hitchcock Medical Center,

Defendant.

Case No.: 1:26-cv-00424

MOTION FOR APPOINTMENT OF COUNSEL

Now comes the Plaintiff, Deborah Moreno, appearing pro se (representing herself), and respectfully requests that this Honorable Court appoint pro bono counsel to represent her in this matter. In support of this request, Plaintiff states as follows:

1 Procedural Complexity: This employment discrimination matter under Title VII was removed to this Court by the Defendant on May 27, 2026. Defendant is represented by an experienced corporate law firm, Sulloway & Hollis. Plaintiff is an unrepresented individual with no formal legal training and cannot navigate complex federal discovery deadlines, depositions, and electronic filing rules alone.

2 Financial Hardship: Plaintiff is financially unable to afford the high upfront costs or retainer fees required to hire private legal counsel to fight a major medical institution.

3 Exceptional Merit of Claims: Plaintiff's claims have substantial factual merit and are backed by clear, contradictory documentary evidence. Specifically, Plaintiff's official performance appraisal files contain a severe, paradoxically fabricated contradiction—explicitly rating her work quality as "Exceeds" standards while simultaneously claiming her technical skills were "Below" standard. Counsel is necessary to properly cross-examine witnesses regarding these fraudulent contradictions.

4 Demonstrated Need for Equal Footing: Defendant's legal counsel has already demonstrated a rush to litigation, including filing sloppy, legally inaccurate dates on their official Notice of Removal (citing the year 2028 instead of 2026). To ensure a fair adjudication on the actual merits of the case, and to keep the parties on an equal procedural footing, the appointment of counsel is highly necessary.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and appoint a volunteer lawyer from the Court's panel to assist her in the interests of justice.

*Deborah Moreno* 06/05/2026

Dated: June 5, 2026

Respectfully submitted,

*Deborah Moreno* 06/05/2026
Deborah Moreno, Pro Se

(978) 305-8514

morenodeby444@gmail.com